■ TINICUM FINANCIAL CORP., Appellant, v ERNEST H. LORCH, Respondent. [640 NYS2d 756] —Order, Supreme Court, New York County (Herman Cahn, J.), entered March 3, 1995, which, in an action pursuant to CPLR 3213 to enforce defendant's guarantee of a promissory note, granted defendant's motion to stay the action on the ground of another action pending, unanimously affirmed, with costs.

Insofar as the other, earlier commenced action involves

plaintiff's status as a holder in due course of the note, it puts in issue the enforceability of the note and guarantee sued upon herein, making a stay of the instant action an appropriate exercise of discretion (*see, El Greco Inc. v Cohn*, 139 AD2d 615, 616). The merits of the defenses to this action will not be considered at this juncture in light of the stay (*Koren-DiResta Constr. Co. v Albert B. Ashforth Inc.*, 100 AD2d 760, 761). Concur—Sullivan, J. P., Milonas, Ellerin, Williams and Mazzarelli, JJ.